UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **04 CR 10357 MEL** |
| ) | |
| v. ) | CRIMINAL NO.: |
| ) | |
| RASHIEK T. CANNON, ) | Count 1: 18 U.S.C. §922(g)(1) |
| Defendant. ) | Possession of Firearm and |
| ) | Ammunition by Felon |

### INDICTMENT

**COUNT ONE**: 18 U.S.C. §922(g)(1) – Possession of Firearm and Ammunition by Felon

The Grand Jury charges that:

On or about October 5, 2004, at Brockton, in the District of Massachusetts,

**RASHIEK T. CANNON,**

the defendant herein, having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, to wit: one .38 caliber Charter Arms revolver, bearing serial number 798511, and five rounds of assorted .38 caliber ammunition.

All in violation of Title 18, United States Code, §922(g)(1).

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY

_____
PAUL R. MOORE
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS ; December 8, 2004, at 1:15 _____.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**04CR 10357 MEL**

## Criminal Case Cover Sheet                              U.S. District Court - District of Massachusetts

**Place of Offense:**           **Category No.** II           **Investigating Agency** ATF

**City** Boston           **Related Case Information:**

**County** Plymouth
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant  x
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   RASHIEK T. CANNON           Juvenile   ☐ Yes   ☒ No

Alias Name   unknown

Address   44 Skyler Street, 1st Floor, Dorchester, MA

Birth date: 1981   SS#: 9591   Sex: M   Race: Black   Nationality: USA

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   Paul R. Moore           Bar Number if applicable   632312

Interpreter:   ☐ Yes   ☒ No           List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   ☒ No

☒ Warrant Requested           ☐ Regular Process           ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____
☒ Already in State Custody   Plymouth Co. HOC   ☐ Serving Sentence   ☒ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: December 8, 2004           Signature of AUSA: _____

04CR 10357 MEL

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   **RASHIEK T. CANNON**

### U.S.C. Citations

| **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|
| Set 1  18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm and Ammunition | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**04 CR 10357 MEL**

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    RASHIEK T. CANNON

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

_____

js45 - felon in possession - Cannon.wpd - 3/13/02