# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

**TO THE MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of her deputies,

and to: The Superintendent of Plymouth County House of Corrections
Plymouth County Correctional Facility (Jail and House of Correction)
26 Long Pond Road
Plymouth, MA 02360

YOU ARE COMMANDED to have the body of RASHIEK T. CANNON (DOB: 1981) now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, 1 Courthouse Way, Courtroom No. 14, on the 5th floor, Boston, Massachusetts on December 17, 2004, at 10:15 AM for the purpose of Initial Appearance/Arraignment in the case of UNITED STATES OF AMERICA V. RASHIEK T. CANNON Docket Number 04-CR-10357-JLT.

And you are to retain the body of said RASHIEK T. CANNON while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said RASHIEK T. CANNON to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this 13th day of December, 2004.

TONY ANASTAS
CLERK OF COURT

SEAL

By: /s/ Noreen A. Russo
Noreen A. Russo, Deputy Clerk
To the Honorable Robert B. Collings

(Habeas.Cannon. wpd.wpd - 2/2000)