AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF __MASSACHUSETTS__

FILED IN CLERKS OFFICE
2006 OCT 27 P 1:40
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.
**RASHIEK T. CANNON**
DOB: 6/23/1981
SSN: 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

**WARRANT FOR ARREST**
04 CR 10357 MEL

CASE NUMBER: 04-_____

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____**RASHIEK T. CANNON**____
Name

and bring him forthwith to the nearest magistrate to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with: (brief description of offense)

**Felon in Possession of a Firearm and Ammunition;**

in violation of Title __18__ United States Code, Section __922(g)(1).__

RECEIVED
2004 DEC -8 P 4:11
U.S. MARSHAL SERVICE
BOSTON, MA

_____
Name of Issuing Officer

_Supervisor_
Title of Issuing Officer

_____
Signature of Issuing Officer

_12-8-04  Boston_
Date and Location

Bail fixed at $ _____

by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | ATF | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| DATE OF ARREST | | 10/00/06 | |