UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
) CRIMINAL ACTION
V. ) NO. 04-10357 -mel
)
)
RASHIEK CANNON )

EX PARTE MOTION FOR PRODUCTION OF RECORDS
OF THE CRIMINAL HISTORY SYSTEMS BOARD

Now comes the defendant in the above-captioned case and requests that this court order the Criminal History Systems Board (CHSB) to produce for defense counsel audits of Registry of Motor Vehicle inquiries made via the Criminal Justice Information System (CJIS) on October 5, 2004 of Massachusetts registration 35ZL40 assigned to a 2004 GMC Envoy by officers from their mobil terminal. The defense further requests that the CHSB be ordered to provide an audit of any inquiry made regarding the defendant, Rashiek Cannon, d.o.b. June 23, 1981, SSN 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, Carlos Baez, d.o.b. November 18, 1976 and Corey Allen, d.o.b. June 23, 1974.

The inquiries were made on October 5, 2004 at approximately 6:00 pm.

*ALLOWED, not notifying the Government*

12/5/06
N. Russo

As reason therefore, the defendant says such documents are relevant and material to his Motion to Suppress.

For the defendant,

*Edward L. Hayden*
EDWARD L. HAYDEN
7 FRANKLIN STREET
LYNN MA 01902
(781) 599-1190
BBO #226430