UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION |
| V. ) | NO. 04-10357-mel |
| ) | |
| RASHIEK CANNON ) | |

EX PARTE MOTION FOR ACCESS TO
JUVENILE RECORDS

Now comes the defendant in the above-captioned case and requests that this court order the Brockton District Court Juvenile Session permit counsel to gain access to the defendant's juvenile records.

As reason therefore, counsel says that this information is relevant and helpful to the defendant's defense.

For the defendant,

*Edward J. Hayden*
EDWARD L. HAYDEN
7 FRANKLIN STREET
LYNN MA 01902
(781) 599-1190
BBO 226430

Allowed, the government having opposing. [handwritten annotation]

12/5/06
N. Russo