# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                         CRIMINAL NO. 2004-10357-MEL

RASHIEK T. CANNON,
       Defendant.

# *ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

12/8/2004 - Indictment returned.

10/20/2006- Initial Appearance

10/20 - 11/2/2006 - Gov't's Motion for Detention (filing to decision)

10/25/2006 - Arraignment

10/26 - 11/22/2006 -Excluded as per L.R. 112.2(A)(2)

12/5/2006 - Conference held.

12/6/2006 - 1/22/2007 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of January 22, 2007, TWELVE (12) non-excludable days have occurred leaving FIFTY-EIGHT (58)days left to commence trial so as to be within the seventy-day period for trial set by statute.


/s/ Robert B. Collings
ROBERT B. COLLINGS

December 5, 2006.                    United States Magistrate Judge