UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION |
| V. ) | NO. 04-10357 |
| ) | |
| RASHIEK CANNON ) | |

MOTION TO CONTINUE

Now comes the defendant in the above-captioned case and requests a continuance from the currently scheduled Motion Filing Date of January 22, 2007 and the Status Conference scheduled for January 29, 2007.

As reason therefore, counsel says that he requested records from the Registry of Motor Vehicles and the Criminal History Systems Board on December 18, 2006. These documents may form the basis for a Motion to Suppress. As of January 19, 2007, counsel has not received these documents. Counsel has checked with both agencies and the documents should be available within two weeks.

For the defendant,

/s/ EDWARD L. HAYDEN
EDWARD L. HAYDEN
7 FRANKLIN STREET
LYNN MA 01902
(781) 599-1190
BBO 226430