UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )| |
| ) | CRIMINAL ACTION |
| V. ) | NO. 04-10357 |
| ) | |
| RASHIEK CANNON ) | |

MOTION TO CONTINUE

Now comes the defendant in the above-captioned case and requests a continuance from the currently scheduled Motion Filing Date of February 5, 2007.

As reason therefore, counsel says that on January 31, 2007 he received voluminous pages of documents from the Registry of Motor Vehicles. An intern is in the process of organizing these documents. Counsel estimates that it will take at least two weeks to determine whether these documents provide grounds for a Motion to Suppress. Furthermore, the Criminal History Systems Board has yet to provide the requested documents.

For the defendant,

/s/ EDWARD L. HAYDEN
EDWARD L. HAYDEN
7 FRANKLIN STREET
LYNN MA 01902
(781) 599-1190
BBO 226430