# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                            CRIMINAL NO. 2004-10357-MEL

RASHIEK T. CANNON,
      Defendant.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

    The Court orders the following period of time excludable from the time period within which trial must commence:

    1/19 - 1/23/2007 - Filing to ruling on Motion #15.

    2/2 - 2/6/2007 - Filing to ruling on Motion #16.

    2/6 - 2/15/2007 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

    2/15/2007 - Conference held.

    Thus, as of February 15, 2007, TWENTY-ONE (21) non-excludable days have occurred leaving FORTY-NINE (49) days left to commence trial so as to be

within the seventy-day period for trial set by statute.

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

February 23, 2007.