# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                                    CRIMINAL NO. 2004-10357-MEL

RASHIEK T. CANNON,
      Defendant.

## *ORDER AND RECOMMENDATION AFTER FINAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(C)*

COLLINGS, U.S.M.J.

    A Final Status Conference was held on February 15, 2007. Counsel for the defendant appeared.

    The within Order is prepared pursuant to Local Rule 116.5(D). Using the numeration of matters listed in Local Rule 116.5(C), I report as follows:

    (1)    No.

    (2)    No.

    (3)    No.

(4) The defendant will not raise a defense of alibi.

(5) No non-discovery motions will be filed.

(6) No.

(7) At this point, a trial will be necessary; a trial would last about five (5) trial days.

(8) *See* Further Order of Excludable Delay entered this date. ***THE SPEEDY TRIAL ACT CLOCK IS RUNNING***.

(9) Five (5) trial days.

Using the numeration of matters listed in Local Rule 116.5(D), I report as follows:

(1) Yes.

(2) Yes; no reason for the case to remain with the magistrate judge.

(3) *See* ¶ (5), *supra.*

(4) *See* ¶ (8), *supra.*

(5) Five (5) trial days.

(6) No.

THE FILE IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS TO BRING THE CASE TO THE IMMEDIATE ATTENTION OF THE COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE LASKER'S SESSION.

I RECOMMEND THAT CASE BE SET DOWN FOR AN INITIAL PRE-TRIAL

CONFERENCE AS SOON AS POSSIBLE TO SET A FIRM TRIAL DATE. **THE SPEEDY TRIAL ACT CLOCK IS RUNNING.**

The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Collings."

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

February 23, 2007.