UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION |
| V. ) | NO. 04-10357-MEL |
| ) | |
| RASHIEK CANNON ) | |

MOTION FOR A PRE-PLEA PSR

Now comes the defendant in the above-captioned case and requests that this court order that a presentence investigation be completed prior to his guilty plea.

As reason therefore, the defendant says that he has a complicated history of prior convictions. The defense and prosecution cannot agree on the potential penalty that the defendant faces if he were to plead guilty. Knowing in advance the penalty that the defendant faces will permit the defendant to make a knowing decision whether to plead guilty or contest the charges.

The prosecution assents to this motion.

For the defendant,

EDWARD L. HAYDEN
7 FRANKLIN STREET
LYNN MA 01902
(781) 599-1190
BBO #226430