## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **United States of America** | ) | |
| | ) | |
| **v.** | ) | **04-10357** |
| | ) | |
| **Rashiek Cannon** | ) | |

## Notice of Appeal

Notice is hereby given that Rashiek Cannon, the defendant in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on October 30, 2007.

                                                                                      Respectfully submitted,
                                                                                    RASHIEK CANNON
                                                                                     By his attorney,

                                                                                    /s/ EDWARD L. HAYDEN
                                                                                    EDWARD L. HAYDEN
                                                                                    7 Franklin Street
                                                                                    Lynn MA 01902
                                                                                    (781) 599-1190
                                                                                    BBO #226430

Dated:  Dec. 6, 2007