UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **United States of America** | ) |
| | ) |
| v. | )    04-10357 |
| | ) |
| **Rashiek Cannon** | ) |

MOTION TO FILE NOTICE OF APPEAL LATE

Now comes counsel in the above-captioned case and requests that this court permit the defendant to file his Notice of Appeal late.

As reason therefore, counsel says that after the defendant was sentenced on October 30, 2007 counsel did not have time to consult with the defendant about a possible appeal prior to the marshal's whisking the defendant away.

On October 31, 2007, counsel sent a letter to the defendant at the Plymouth House of Correction requesting guidance as to whether counsel should file a Notice of Appeal. The defendant did not respond until December 5, 2007 because he was in lock down at the House of Correction

and was not permitted to respond. On December 5, 2007, he informed counsel that he wished to proceed with an appeal.

For the defendant,

/s/EDWARD L. HAYDEN
EDWARD L. HAYDEN
7 FRANKLIN STREET
LYNN MA 01902
(781) 599-1190
BBO #226430
