# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) |
| **V.** | )    04:10357MEL |
| | ) |
| **RASHIEK CANNON** | ) |

## MOTION TO PROCEED IN FORMA PAUPERIS
## IN THE DISTRICT COURT

Now comes the defendant in the above-captioned case and requests that this court permit him to proceed in forma pauperis for his appeal.

As reason therefore, the defendant says he is incarcerated and indigent and that counsel was appointed to represent him on the case in the district court.

For the defendant,

/s/EDWARD L. HAYDEN
EDWARD L. HAYDEN
7 FRANKLIN STREET
LYNN MA 01902
(781) 599-1190
BBO #226430