## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA       .  CRIMINAL NO. 04-10357-MEL
                               .
        V.                     .  BOSTON, MASSACHUSETTS
                               .  NOVEMBER 2, 2006
RASHIEK T. CANNON              .
                               .
. . . . . . . . . . . . . . . . .
```

TRANSCRIPT OF INITIAL APPEARANCE
AND ARRAIGNMENT
BEFORE THE HONORABLE ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the government:    Paul R. Moore, Esquire
                       U.S. Attorney's Office
                       1 Courthouse Way, Suite 9200
                       Boston, MA  02210
                       617-748-3700
                       paul.moore@usdoj.gov

For the defendant:     Edward L. Hayden, Esquire
                       7 Franklin Street
                       Lynn, MA  01902
                       781-598-1190
                       Hayden.law@verizon.net

Court Reporter:

Proceedings recorded by digital sound recording,
transcript produced by transcription service.

*MARYANN V. YOUNG*
**Certified Court Transcriber**
**Wrentham, MA  02093**
**(508) 384-2003**

2

**I N D E X**

Proceedings                                                   3

*MARYANN V. YOUNG*
Certified Court Transcriber
(508) 384-2003

3

1 **P R O C E E D I N G S**

2    COURT CALLED INTO SESSION

3        THE CLERK: The Honorable Robert B. Collings
4 presiding.

5        THE COURT: You may be seated.

6        THE CLERK: The case of the United States v. Rashiek
7 Cannon, Criminal Action No. 04-10357 will now be heard before
8 this Court. Counsels, please identify themselves for the
9 record.

10        MR. MOORE: Good afternoon, Your Honor, Paul Moore
11 for the United States.

12        THE COURT: Good afternoon.

13        MR. HAYDEN: Good afternoon, Edward Hayden for
14 Mr. Cannon.

15        THE COURT: Good afternoon. All right, last time we
16 went through the government's evidence on the detention hearing
17 and continued it for the purpose of having a pretrial services
18 report and a third-party custodian interview. So just give me
19 a moment to read the report, please.

20    PAUSE

21        THE COURT: Okay. Is the, Mr. Hayden can I consider
22 the information in the pretrial services officer's report, with
23 the exception of that paragraph five which is the opinion of
24 the officer, can I consider that on the prior record as
25 evidence?

4

1  MR. HAYDEN: Yes, Your Honor.
2  THE COURT: All right. Do you have any other
3  evidence to present Mr. Hayden?
4  MR. HAYDEN: Judge, I don't. And it obviously
5  doesn't look good for the defendant. I would request that Your
6  Honor hold him without prejudice. If circumstances change or
7  if I'm able to get some conditions that would convince Your
8  Honor that it would be safe to release him, I'd request that
9  I--
10  THE COURT: All right.
11  MR. HAYDEN: --be allowed to come back and make that
12  argument, but at this point I think it's pretty hopeless.
13  THE COURT: Okay. I will do that and the defendant
14  is remanded to the custody of the Marshal and that concludes
15  the proceedings in this case. Thank you very much.
16  MR. HAYDEN: Thank you, Judge.
17  MR. MOORE: Thank you, Your Honor.
18  THE CLERK: All rise.
19  //
20  //
21  //
22  //
23  //
24  //
25  //

5

1                       CERTIFICATION

2     I, Maryann V. Young, court approved transcriber, certify

3 that the foregoing is a correct transcript from the official

4 digital sound recording of the proceedings in the

5 above-entitled matter.

6

7 /s/ Maryann V. Young___                May 27, 2008_____

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*MARYANN V. YOUNG*
**Certified Court Transcriber**
**(508) 384-2003**