# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number: 04-10357-MEL
USCA Docket Number: 08-1156

United States of America

v.

Rashiek T. Cannon

## CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed transcripts:

Document Numbers: 30-31

In Volume: 1 of 1

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 5/2708.

Sarah Allison Thornton,
Clerk of Court

By: /s/ Deborah Scalfani
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals