```
 1                    UNITED STATES DISTRICT COURT

 2                      DISTRICT OF MASSACHUSETTS

 3     ----------------------------------
       UNITED STATES OF AMERICA        :        Cr. No. 04-10357-MEL
 4                                     :
                                       :
 5              V.                     :        Courtroom No. 8
                                       :        1 Courthouse Way
 6                                     :        Boston, MA 02210
       RASHIEK T. CANNON               :        2:15 p.m., Monday
 7     ----------------------------------      October 1, 2007

 8
                              Change of Plea
 9

10     Before:       THE HONORABLE MORRIS E. LASKER,
                     UNITED STATES SENIOR DISTRICT JUDGE
11

12

13

14

15     APPEARANCES:

16     Paul R. Moore, Assistant United States Attorney,
         1 Courthouse Way, Suite 9200, Boston, MA 02210-3002,
17       on behalf of the Government.

18
       Edward L. Hayden, Esquire,,
19       7 Franklin Street, Lynn, MA 01902,
         on behalf of the Defendant.
20

21

22                          Marie L. Cloonan
                          Federal Court Reporter
23                    1 Courthouse Way - Room 7200
                      Boston, MA  02210- 617-439-7086
24           Mechanical Steno - Transcript by Computer

25
```

2

1        THE COURT:  Good afternoon, everyone.

2        THE CLERK:  Criminal 04-10357, United States

3 of America versus Rashiek T. Cannon.

4        Would the attorneys please identify themselves

5 and who they represent for the Court.

6        MR. MOORE:  Good afternoon, your Honor, Paul

7 Moore for the United States.

8        THE COURT:  Good afternoon Mr. Moore.

9        MR. HAYDEN:  Good afternoon, your Honor,

10 Edward Hayden for Mr. Cannon.

11        THE COURT:  Good afternoon, Mr. Hayden.

12        I understand we're here this afternoon to

13 accept Mr. Cannon's plea to the single charge in the

14 indictment.

15        MR. HAYDEN:  That's correct, your Honor.

16        THE COURT:  May I ask you a few questions

17 before I question Mr. Cannon?

18        MR. HAYDEN:  Yes, your Honor.

19        THE COURT:  How long have you represented the

20 defendant?

21        MR. HAYDEN:  Since October 20th of '06.

22        THE COURT:  And how much time would you say

23 you have spent going over the case with him?

24        MR. HAYDEN:  Actually speaking with him, I

25 think I've probably been to Plymouth to speak to him,

```
1        I'm going to say five, six, times.
2                   THE COURT:  Good.
3                   Are you satisfied that he understands the
4        nature of the charge against him?
5                   MR. HAYDEN:  Yes.
6                   THE COURT:  Are you satisfied that he
7        understands what his rights are to a jury trial?
8                   MR. HAYDEN:  Yes, your Honor.
9                   THE COURT:  He's voluntarily proposing to give
10       them up?
11                  MR. HAYDEN:  Yes, your Honor.
12                  THE COURT:  Are you satisfied that if the
13       government went to trial on this case that the
14       government would probably prevail?
15                  MR. HAYDEN:  Yes, your Honor.
16                  THE COURT:  Thank you, you may be seated.
17                  Good afternoon, Mr. Cannon, would you stand.
18                  THE DEFENDANT:  Good afternoon.
19                  THE COURT:  Mr. Cannon, how old are you?
20                  THE WITNESS:  Twenty-six.
21                  THE COURT:  And how much schooling have you
22       had?
23                  THE DEFENDANT:  Tenth grade.
24                  THE COURT:  Where did you go to school?
25                  THE DEFENDANT:  Brockton High.
```

1     THE COURT: Have you ever been addicted to
2  drugs or alcohol?
3     THE DEFENDANT: No, your Honor.
4     THE COURT: Are you under the influence of any
5  drug or sedative right now?
6     THE DEFENDANT: No your Honor.
7     THE COURT: Are you thinking pretty clearly?
8     THE DEFENDANT: Yes.
9     THE COURT: Mr. Cannon, I've been advised that
10 you wish to plead guilty to the charge against you, the
11 only charge against you, that on or about October 5th,
12 2004 -- that's three years ago, now -- at Brockton, that
13 you who have been convicted before of crime punishable
14 by more than a year knowingly possessed a .38 caliber
15 Charter Arms revolver and some ammunition.
16     Is that the charge that you wish to plead
17 guilty to?
18     THE DEFENDANT: Yes, your Honor.
19     THE COURT: Tell me in your own words what you
20 did that makes you guilty of that charge.
21     THE DEFENDANT: I just had the firearm that
22 they claimed I did.
23     THE COURT: And you possessed it on your own,
24 nobody forced you to do so; is that right?
25     THE DEFENDANT: No.

```
 1                THE COURT:  Mr. Cannon, you understand that
 2    you are not required to plead guilty to this charge.
 3    You have the right to go to trial on it and make the
 4    government prove it's case.  Do you understand that?
 5                THE DEFENDANT:  Yes, your Honor.
 6                THE COURT:  Do you understand that if there
 7    were a trial, you couldn't be convicted unless all 12
 8    members of the jury agreed that the government has
 9    proven its case against you beyond a reasonable doubt?
10    Do you understand that?
11                THE DEFENDANT:  Yes, your Honor.
12                THE COURT:  And you understand that at a trial
13    you could be represented by your attorney and he could
14    examine and cross-examine the witnesses against you, and
15    you could testify, if you wanted to, and you could not
16    testify if you didn't want to.  Do you understand all
17    that?
18                THE DEFENDANT:  Yes, your Honor.
19                THE COURT:  Do you understand if I accept your
20    plea of guilty there won't be any trial?
21                THE DEFENDANT:  Yes, your Honor.
22                THE COURT:  Do you understand that if I accept
23    your plea of guilty and there's no trial, that I could
24    impose the same penalty as if the jury found you guilty?
25                THE DEFENDANT:  Yes, your Honor.
```

6

1      THE COURT: And, do you understand what that
2 maximum penalty might be?
3      MR. MOORE: Your Honor, it's up to ten years
4 of imprisonment, and a fine of up to $250,000, up to
5 three years of supervised release and a mandatory
6 special assessment of up to $100.
7      THE COURT: Did you hear what the United
8 States Attorney said?
9      THE DEFENDANT: Yes, your Honor.
10     THE COURT: Do I understand that that's the
11 possible sentence you would like to be imposed here?
12     THE DEFENDANT: Yes.
13     THE COURT: Let me ask you, Mr. Cannon, has
14 anybody promised you anything that would advantage you
15 as a result of pleading guilty except that your plea
16 will be recognized by a certain reduction?
17     THE DEFENDANT: Yes, your Honor.
18     THE COURT: Has anybody threatend you or
19 anybody close to you to make you plead guilty?
20     THE DEFENDANT: No, your Honor.
21     THE COURT: Are you pleading guilty of your
22 own free will?
23     THE DEFENDANT: Yes, your Honor.
24     THE COURT: What makes you plead guilty to
25 this charge at this time, then?

```
 1                 Or I should say why?  Why?
 2            THE DEFENDANT:  Because I possessed that
 3   firearm, and I know it's the right thing to do at the
 4   time.
 5            THE COURT:  Am I correct that you did it and
 6   there is no point in going through a trial?
 7            THE DEFENDANT:  Yes.
 8            THE COURT:  All right.
 9            Now, you will be given credit for the time you
10   served in federal custody on this charge.
11            THE DEFENDANT:  Yes, your Honor.
12            THE COURT:  That will reduce the amount of
13   time you will spend in jail.  And, if you behave
14   properly in prison, you will also be given a reduction
15   of around 50 to 54 days per year.
16            Are there any other questions that either
17   counsel wants me to put to the Defendant?
18            MR. HAYDEN:  No, your Honor.
19            MR. MOORE:  No, your Honor.
20            THE COURT:  Thank you.  You may be seated.
21            I am satisfied that Mr. Cannon understands
22   what his rights are with regard to a trial.  He is not
23   required to plead guilty to this charge.  And he pleads
24   guilty voluntary and knowledgeably and that the facts
25   are such as to there charge and I will accept the plea.
```

```
 1      We will set a sentencing date at this time which should
 2      be in the fairly near future because we already have a
 3      sentencing report.
 4              THE CLERK:  The sentencing date will be
 5      October 30th, 2007 at 2:30.
 6              THE COURT:  Very good.
 7              If that is the Defendant's family in the back,
 8      I want you to know that I think Mr. Cannon was wise to
 9      plead guilty today and that will be taken into
10      consideration in deciding what the sentencing ought to
11      be.  Thank you, very much.
12           (Whereupon the hearing was concluded at 2:35 p.m.)
13
14                           CERTIFICATE
15       I, Marie L. Cloonan, Official Reporter of the
16   United States District Court, do hereby certify that the
17   foregoing transcript, from Page 1 to Page 8, constitutes to
18   the best of my skill and ability a true and accurate
19   transcription of my stenotype notes taken in the matter of
20   Criminal No. 04-10357-MEL, United States of America v.
21   Rashiek T. Cannon.
22
23                                           \s\
24                                       -------------------
25                                         Marie L. Cloonan
```